# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2857
_____

QUINTAE EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Stanley H. Griffis, III, Judge.

September 18, 2018

PER CURIAM.

DISMISSED.

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Quintae Edwards, pro se; Stacy A. Scott, Public Defender, and Rachael O'Brien, Assistant Public Defender, Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.